UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YENSY CONTRERAS, individually, and
on behalf of all others similarly
situated,

          Plaintiffs,

- against -

REVIVE BRANDS,

          Defendant.

21-cv-9710 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 21, 2022.

SO ORDERED.
Dated:   New York, New York
       January 7, 2022

                                            John G. Koeltl
                                   United States District Judge